7/3/2018 — whitefish montana attorneys - Google Search

*Handwritten:* Plaintiff(s) 76-78

Case 2:18-cv-00043-BMM-JCL   Document 2-1   Filed 07/09/18   Page 1 of 4

*Handwritten:* (1) Terry Services lots of Montana Attys — window Needs!

**GOOGLE**  whitefish montana attorneys   Sign in

Hours ▾

Closed · Opens 9AM Wed

**Conradi Anderson PLLC**
No reviews · Attorney
307 Spokane Ave #102
(406) 863-9681
WEBSITE   DIRECTIONS
Closed · Opens 8:30AM Wed

**Gilchrist, Sean R - Johnson-Gilchrist Law Firm**
No reviews · Attorney
6336 US-93
(406) 862-3920
WEBSITE   DIRECTIONS
Closed · Opens 8AM Wed

**The Law Office of Brian Muldoon**
1.0 ★ (1) · Family Law Attorney
525 Railway St
(406) 862-9292
DIRECTIONS
Closed · Opens 8AM Wed

**Heutmaker Law PC**
No reviews · Attorney
525 Railway St
(406) 862-3988
WEBSITE   DIRECTIONS
Closed · Opens 8:30AM Wed

**Quatman & Quatman**
No reviews · Attorney
600 E 8th St
(406) 863-2385
DIRECTIONS

**Myers Law PLLC**
5.0 ★ (1) · Family Law At...
309 Wisconsin Ave
(406) 862-7712
WEBSITE   DIRECTIONS
Closed · Opens 9AM Wed

**Tracy Law Offices PC**
No reviews · Attorney
327 Spokane Ave
(406) 862-2564
WEBSITE   DIRECTIONS

**Ferrington Michael A**
No reviews · Attorney
100 E Second St #213
(406) 863-4824
DIRECTIONS

Can't find what you are looking for?
ADD A MISSING PLACE

---

### Tracy Law Offices PC
Lawyer in Whitefish, Montana

Website   Directions

**Address:** 327 Spokane Ave, Whitefish, MT 59937
**Phone:** (406) 862-2564

Suggest an edit · Own this business?

*Handwritten:* ← Terry's Client

**Add missing information**
Add business hours

**Questions & answers**
Be the first to ask a question            Ask a question

*Handwritten:* (1) Tracy's Son graduated from Connecticut College, Newlondon, CT. Terry's a Native of Newlondon, CT. I enjoyed Servicing Atty Tracy Law Office Annually 2012 to 2016  Note Atty

**Review summary**
Be the first to review                    Write a review

**People also search for**                View 15+ more

    

Johnson-Gi... Law Firm — Divorce Lawyer | Wagner Law Firm — Personal Injury Attorney | THOMAS T. TORNOW, P.C. — Attorney | Hedman, Hileman & Lacosta — Attorney | Frampton Purdy Law Firm — Attorney

### Web results

**Tracy Law Offices PC 327 Spokane Ave Whitefish, MT Lawyers ...**
https://www.mapquest.com/us/montana/tracy-law-offices-pc-7455614
Get directions, reviews and information for Tracy Law Offices PC in Whitefish, MT.

**Tracy Law Offices Pc | Lawyer from Whitefish, Montana | Rating ...**
www.explorelawyers.com/.../tracy-law-offices-pc-336598-whitefish
Tracy Law Offices Pc | Client Reviews of Attorneys & law firms from state of Montana. Rate Whitefish's attorneys or make an appointment at 327 Spokane Ave ...

**Tracy Law Offices PC Atty - Whitefish, Montana - Corporate Lawyer ...**
https://www.facebook.com/pages/Tracy-Law.../167897179889469
Phone, (406) 862-2564 · Address, 327 Spokane Ave; Whitefish, Montana 59937
... Tracy Law Offices PC Atty, Whitefish, Montana. 1 like. Corporate Lawyer.

Feedback

*Handwritten:* Terry Also Services Attorney Frieks Windows Bozeman, MT

1  2   Next

Poulsbo, Washington - From your Internet address
Use precise location · Learn more
Help   Send feedback   Privacy   Terms

https://www.google.com/search?rlz=1C1GGRV_enUS779US779&q=whitefish+montana+attorneys&npsic=0&rflfq=1&rlha=0&rllag=48406431,-114338...   1/1

📞 (406) 586-1926

ANGEL COIL & BARTLETT 🔍

# Angel, Coil & Bartlett

**Attorneys at Law**

125 West Mendenhall, Ste. 201,
Bozeman, MT 59715

Phone : 406-586-1926
Fax: 406-585-7654



Terry's client

## Contact Form

Contact the attorneys at Angel Coil and Bartlett. We're here to help.

DISCLAIMER: If you send Angel, Coil & Bartlett email through this service, your email will not create an attorney-client relationship. Our firm may choose not to accept you as a client. Moreover, if your case is time sensitive, do not use this service and contact an attorney in person immediately as your email may not be reviewed in a timely manner.

Full Name

Email Address

Phone

Looking For Help With...

Please let us know how we can help you, so we can direct your request to the appropriate attorney.

Submit

Google | whitefish montana attorneys | Sign in

Hours ▾

**Frampton Purdy Law Firm**
5.0 (2) · Attorney
530 W 19th Street, Suite #301
(406) 862-9600
WEBSITE   DIRECTIONS

**RAMLOW AND RUDBACH PLLP**
No reviews · Attorney
542 Central Ave
(406) 862-7503
Closed · Opens 8:30AM Wed
WEBSITE   DIRECTIONS

**THOMAS T. TORNOW, P.C.**
5.0 (4) · Attorney
309 Wisconsin Ave
(406) 862-7450
Closed · Opens 8:30AM Wed
WEBSITE   DIRECTIONS

**Viscomi & Gersh**
3.6 (36) · Attorney
121 Wisconsin Ave
(406) 862-7800
WEBSITE   DIRECTIONS

**Johnson-Gilchrist Law Firm**
5.0 (1) · Divorce Lawyer
6336 US-93
(406) 862-3920
Closed · Opens 8AM Wed
WEBSITE   DIRECTIONS
"Fantastic **attorneys** and I have worked with many. They can..."

**Christina Valacich Law Office**
5.0 (1) · Attorney
3012, 527 E Second St
(406) 862-8888
WEBSITE   DIRECTIONS

**Sharon Morrison**
1.0 (1) · Attorney
341 Central Ave B
(406) 862-9600
WEBSITE   DIRECTIONS

**Trieweiler Law Firm**
No reviews · Personal Injury Attorn...
309 Wisconsin Ave
(406) 862-4597
WEBSITE   DIRECTIONS

**Schwickert Randy K**
5.0 (2) · Attorney
6336 US-93
(406) 862-5302
DIRECTIONS

**Lori B. Miller, P.C.**
No reviews · Attorney
100 Central Ave Ste 203
(406) 730-2752
Closed · Opens 9AM Wed
WEBSITE   DIRECTIONS

**Morrison & Frampton Pllp: Purdy Ryan D**
No reviews · Attorney
341 Central Ave # B
(406) 862-9600
WEBSITE   DIRECTIONS

← Terrys Client [handwritten annotation]

**Wagner Law Firm**



Nishkian Menninger

600 Harrison Street, Suite 110
San Francisco, CA 94107
Map
T: (415) 541-9477
F: (415) 543-5071

Nishkian Dean

1022 SW Salmon Street, Suite 300
Portland, OR 97205
Map
T: (503) 274-1843
F: (503) 273-5696

Nishkian Monks

108 West Babcock Street
Bozeman, MT 59715
Map
T: (406) 582-9901
F: (406) 582-9992

Nishkian Chamberlain

3710 S. Robertson Blvd, Suite 220
Culver City, CA 90232
Map
T: (310) 853-7180
F: (310) 853-7190

*Handwritten annotations:*

Terry's client

Today (February) 2-20-2017
Nishkian Monks
Engineers & "CTA
Engineer(W) Mr Ratz
general via
Bozeman, MT has
been Terry clients
since 2013!