# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| TERRY JACKSON, d.b.a. W.S.A.E. & W.C. LLC, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF BOZEMAN, and GREG SULLIVAN, City Attorney, <br><br> Defendants. | CV-18-43-BU-BMM <br><br> **ORDER** |

Plaintiff Terry Jackson (Jackson) filed a civil Complaint *pro se* on July 9, 2018. (Doc. 2). Jackson has moved for leave to proceed in forma pauperis. (Doc. 1).

United States Magistrate Judge Jeremiah C. Lynch entered Findings and Recommendations in this matter on August 7, 2018. (Doc. 4). Judge Lynch recommended that Jackson's Motion to Proceed in Forma Pauperis be denied because Jackson's application does not show "that he [is] unable to pay court costs and still provide the necessities of life for himself." (Doc. 4 at 2).

The Court has reviewed Judge Lynch's Findings and Recommendations *de novo*. The Court finds no error in Judge Lynch's Findings and Recommendations, and adopts them in full. Jackson states in his application that he receives approximately $4,700 of income per month. Jackson states that his monthly

expenses total approximately $2,510 per month. Jackson states that he owns real estate and two vehicles. Jackson does not provide the values of the real estate and the vehicles. Jackson does not identify any dependents that rely on him for support.

Accordingly, IT IS ORDERED:

1. Jackson's Motion to Proceed in Forma Pauperis (Doc. 1) is DENIED.

2. Jackson must pay the full filing fee of $400.00 within 30 days of the date of this Order.

3. Jackson may take no further action in this case until the filing fee is paid.

4. Jackson's Complaint will be DISMISSED and the Clerk of Court will close the case and enter judgment if the filing fee is not received within 40 days of the date of this Order.

DATED this 6th day of September, 2018.

Brian Morris
United States District Court Judge