IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| TERRY JACKSON, d.b.a W.S.A.E & W.C. LLC<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF BOZEMAN, and GREG SULLIVAN, City Attorney,<br><br>Defendants. | CV 18-43-BU-BMM-JCL<br><br>ORDER |

Before the Court are three motions of Plaintiff Terry Jackson. As best as can be determined, the motions can be characterized as follows:

(1) Motion requesting the Court to reconsider its previous denial of Plaintiff Jackson's request to proceed in forma pauperis. (Doc. 18.);

(2) Motion requesting the Court to require this dispute to be mediated in Seattle, Washington, because Plaintiff Jackson and his family members have a "phobia" about returning to Montana where the alleged incidents underlying his complaint occurred. (Doc. 19.); and

(3) Motion requesting the Court to relieve Plaintiff Jackson of having to effect service upon named Defendant Greg Sullivan. (Doc. 20.)

1

On February 26, 2019, the Court entered an order directing Plaintiff Jackson to show cause why this case should not be dismissed pursuant to Fed. R. Civ. P. 4(m) for failing to timely effect service upon the Defendants. The Court expressly warned Plaintiff Jackson that failure to comply with the Court's directive will result in this case being dismissed without prejudice. Until such time as Plaintiff Jackson makes the required showing, the Court deems it appropriate to deny the motions discussed in paragraphs (2) and (3) above.

With respect to Plaintiff Jackson's motion discussed in paragraph (1) above, Jackson fails to present by way of affidavit or declaration additional information bearing upon his financial situation that warrants reconsideration of the Court's order denying his previous motion for leave to proceed in forma pauperis.

Therefore, IT IS HEREBY ORDERED that Plaintiff Jackson's motions, Docket Numbers 18, 19, and 20 are DENIED.

DATED this 28th day of February, 2019.

_____
Jeremiah C. Lynch
United States Magistrate Judge