IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| TERRY JACKSON, d.b.a. W.S.A.E. & W.C. LLC,<br><br>               Plaintiff,<br><br>vs.<br><br>CITY OF BOZEMAN, and GREG SULLIVAN, City Attorney,<br><br>               Defendants. | CV 18-43-BU-BMM-JCL<br><br>JUDGMENT |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

** X **    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

      IT IS ORDERED AND ADJUDGED that the Findings and Recommendations are adopted in full and the case is dismissed without prejudice.

      Dated this 7th day of May, 2019.

                              TYLER P. GILMAN, CLERK

                              By: /s/ N. Stephens
                              N. Stephens, Deputy Clerk